**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-50328
A-98-CV-501-SS

MAURICE C. COOK,

Plaintiff-Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY, of the States of Texas, Et Al,

Defendants,

JAMES WILSON, Individually and in his Official Capacity as the Former Director of the Department of Public Safety of the State of Texas; DUDLEY THOMAS, In his Official Capacity as the Director of the Department of Public Safety of the State of Texas,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas

December 13, 1999

Before JONES, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs, arguments of counsel and pertinent portions of the record. The district court did not err in concluding that Cook failed to establish a genuine issue of material fact concerning a procedural due process violation.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.